916 F.2d 714
 Willis (Winston E.), Willis Companies, University Circle
Properties Development, Inc., Euclid Loan &
Department Store, Big Daddy's Equip.
Co., New Orleans Restaurant,
The Bedroom Lounge
v.
City of Cleveland, Voinovich (George), Kemp (Jack), U.S.
Dept. of Housing & Urban Dev., Forbes (George), City of
Cleveland Law Dept., Community Dev. Agency of City of
Cleveland, Gaines (Clarence), First Bank National Association
 NOS. 89-3834, 89-3838
 United States Court of Appeals,
Sixth Circuit.
 OCT 15, 1990
 Appeal From: N.D.Ohio
 
 1
 AFFIRMED.